**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-6710**

―――――――――

VERNELL A. JEFFRIES,

Plaintiff - Appellant,

versus

RONALD F. MOATS, Warden; D. BARTHLOW; F. J.
NASERI; WALLS, Correctional Officer, CO II,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-97-4091-AW)

―――――――――

Submitted: July 30, 1998          Decided: August 27, 1998

―――――――――

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Vernell A. Jeffries, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Jeffries v. Moats</u>, No. CA-97-4091-AW (D. Md. Apr. 28, 1998). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>